UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-81-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | O R D E R |
| KIMBERLY WHITE | |

By order dated July 22, 2008, Ms. White was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246(d). On March 18, 2011, Ms. White, through counsel, filed a motion to discharge her from such commitment. Dr. Leslie Powers, forensic psychologist at FMC Carswell, opined that Ms. White's unconditional release would not present a substantial risk of harm to another person or another's property.

The government did not oppose the motion for unconditional release.

The Court has reviewed the motion and supporting material and finds that Ms. White no longer meets the criteria for commitment under 18 U.S.C. § 4246. Accordingly, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4246(e), that she be unconditionally released, and that her custody is modified so that she will be released to the custody of her Aunt Amanda Gauss, and other family members, to reside in Lithonia, Georgia.

SO ORDERED, this 21 of March, 2011.

James C. Dever III
United States District Judge